NUMBERS

13-05-281-CV


13-05-764-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

UNITED PLASTICS GROUP, INC.,                               Appellant,

 

                                           v.

 

MICROTHERM,
INC., ET AL.,                                     Appellees.

_________________________________________________________

 

                  On appeal from the 357th District Court

                          of Cameron
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, United
Plastics Group, Inc., perfected an appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in
cause number 2002-03-0933-E. 
After the record was filed, Appellant, United Plastics Group, Inc.,  filed a motion to dismiss its appeal against
appellees, Microtherm, Inc., Mavid Maquiladora, S.A., and David E. Seitz,
Individually.   Appellant states that it
no longer wishes to prosecute its appeal against appellees, Microtherm,
Inc., Mavid Maquiladora, S.A., and David E. Seitz, Individually.  The appeal between United Plastics Group,
Inc. and  Microtherm, Inc.,
Mavid Maquiladora, S.A., and David E. Seitz, Individually, is severed from
the original appeal and is docketed under cause number 13-05-764-CV.

Having considered
appellant=s motion to dismiss
the appeal and the documents on file, this Court is of the opinion that the
motion should be granted.  The motion to
dismiss the appeal between appellant, United Plastics Group, Inc., and
appellees, Microtherm, Inc., Mavid Maquiladora, S.A., and David E.
Seitz, Individually, is hereby granted. 
The appeal in cause number 13-05-764-CV is ordered DISMISSED.  

The remaining issues
in the appeal will remain docketed under cause number 13-05-281-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 12th day of January, 2006.